\*\*Original filed 2/2/07\*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LORENZO ARTEAGA, | ) | No. C 06-5824 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On September 22, 2006, the instant habeas action, pursuant to 28 U.S.C. § 2254, was transferred to this Court from the Central District of California. On that same day the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.

As of the date of this order, Petitioner has not paid the $5.00 filing fee, nor submitted a completed in forma pauperis application.

\\\

\\\

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Arteaga824disifp                    1

1  The Court notes that Petitioner is familiar with the Court's rules and requirements for the
2  application to proceed in forma pauperis, as Petitioner has filed over thirty civil actions
3  with this Court. Accordingly, this case is DISMISSED without prejudice for Petitioner's
4  failure to pay the filing fee or file a completed in forma pauperis application. The Clerk
5  shall close the file.

6    IT IS SO ORDERED.

7  DATED: ___2/2/07_____

                JEREMY FOGEL
8             United States District Judge

Order of Dismissal
P:\pro-se\sj.jf\hc.06\Arteaga824disifp    2

1  A copy of this ruling was mailed to the following:

2

3  Lorenzo Arteaga
   E-66703
   Santa Clara County Main Jail
4  885 N. San Pedro Street
   San Jose, CA  95110
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28