*Original filed 3/14/07

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LORENZO ARTEAGA, | ) | No. C 06-5824 JF (PR) |
|---|---|---|
| Petitioner, | ) | ORDER DENYING MOTION FOR NEW TRIAL; DENYING MOTION FOR CERTIFICATE OF APPEALABILITY |
| vs. | ) | |
| STATE OF CALIFORNIA, | ) | |
| Respondent. | ) | (Docket Nos. 7, 8) |

Petitioner, a state prisoner proceeding pro se, filed a habeas petition in the United States District Court for the Central District of California. On September 22, 2006, the instant habeas action was transferred to this Court. On that same day, the Court sent a notification to Petitioner informing him that he had neither paid the filing fee nor submitted a completed application for leave to proceed in forma pauperis. The Court provided a copy of the correct form for application to proceed in forma pauperis, along with a return envelope, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the supporting documentation within thirty days.

On February 2, 2007, the Court dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or submit a completed in forma pauperis application. Petitioner has filed a motion for new trial, a motion for a certificate

Order Denying Motion for New Trial; Denying Motion for Certificate of Appealability
P:\pro-se\sj.jf\hc.06\Arteaga824coaden                1

of appealability and a notice of appeal.  The Court will DENY Petitioner's motion for new trial and motion for a certificate of appealability.

## DISCUSSION

Upon the filing of a notice of appeal and a request for a certificate of appealability (COA), the district court shall indicate which specific issue or issues satisfy the standard for issuing a certificate, or state its reasons why a certificate should not be granted.  See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997) (citing 28 U.S.C. § 2253(c)(3)).

The Court dismissed the instant habeas action without prejudice for Petitioner's failure to pay the filing fee or submit a completed in forma pauperis application.  The Court notes that Petitioner is familiar with the Court's rules and requirements for the application to proceed in forma pauperis, as Petitioner has filed over thirty civil actions with this Court.  Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  Slack v. McDaniel, 120 S.Ct. 1595, 1604 (2000).  Accordingly, Petitioner's motion for a certificate of appealability (docket no. 8) is DENIED.  Based upon the Court's denial of appealability, Petitioner's motion for new trial (docket no. 7) is DENIED.

The Clerk shall terminate all pending motions and transmit the file, including a copy of this order, to the Ninth Circuit Court of Appeals.  See Fed. R. App. P. 22(b).[1]

IT IS SO ORDERED.

DATED: 3/14/07

JEREMY FOGEL
United States District Judge

---

[1] Petitioner may then ask the Court of Appeals to issue the certificate, see Fed. R. App. P. 22(b)(1), or if he does not, the notice of appeal will be construed as such a request, see Fed. R. App. P. 22(b)(2).

1   A copy of this ruling was mailed to the following:

2

3   Lorenzo Arteaga
    E-66703/ APQ381
    Santa Clara County Main Jail
4   885 N. San Pedro Street
    San Jose, CA  95110
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28